**DISMISS and Opinion Filed June 29, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00348-CV

## GMK STEEL BUILDINGS, INC., Appellant
## V.
## DUVAL GENERAL CONTRACTORS, LLC, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00517-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The clerk's record in this case has not been filed. By letter dated May 16, 2022, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification it had either paid for or made arrangements to pay for the record or were entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation.[1]

---

[1] On June 1, 2022, appellant paid the overdue filing fee. Appellant did not mention the overdue clerk's record in its cover letter.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220348F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GMK STEEL BUILDINGS, INC.,
Appellant

No. 05-22-00348-CV     V.

DUVAL GENERAL
CONTRACTORS, LLC, Appellee

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-00517-
2022.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DUVAL GENERAL CONTRACTORS, LLC recover its costs of this appeal from appellant GMK STEEL BUILDINGS, INC..

Judgment entered this 29th day of June 2022.